UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NICHOLAS PAGAN,

    Plaintiff(s),

v.

                                       Case No.: 9:25-cv-80602

RELEAF MMC OF FLORIDA, INC

    Defendant.

NICHOLAS PAGAN,

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, through their respective undersigned counsel, pursuant to Local Rule 16.4, hereby provide notice that the parties have reached a settlement. The parties request that they be given thirty (30) days to finalize their settlement agreement and file the appropriate dismissal document.

Respectfully submitted,

| | |
|---|---|
| By:/s/Alberto R. Leal | For Defendant: |
| Alberto R. Leal, Esq<br>8927 Hypoluxo Road #157<br>Lake Worth, FL 33463<br>Phone:954-637-1868 | By:/s/ *Jonathan A. Beckerman*<br>Jonathan A. Beckerman<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>110 SE 6th Street, Suite 2600<br>Fort Lauderdale, FL 33301<br>Jonathan.Beckerman@lewisbrisbois.com<br>Tel: 954.728.1280 |

159022983.1